473 A.2d 692

Commonwealth v. Johnson, Appellant.

Submitted January 5, 1984. Gary Spohn Fronheiser, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed at No. 81026501. Judgment of sentence affirmed on the receiving stolen goods counts at Nos. 81026401 and 81026301; the conspiracy convictions at Nos. 81026401 and 81026301 are reversed. The appeal at No. 81026201 is quashed.